# Court of Appeals
# of the State of Georgia

ATLANTA, March 30, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1083. IN THE INTEREST OF H. F., A CHILD (FATHER).**

Brandon Hembree filed a petition for legitimation of his biological child, H. F. After a hearing, the trial court entered its order denying Hembree's petition. Hembree filed this direct appeal. We lack jurisdiction.

A legitimation action is a domestic relations case, and an appeal in a domestic relations case must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Cloud v. Norwood*, 321 Ga. App. 218, 218 (739 SE2d 93) (2013); *Brown v. Williams*, 174 Ga. App. 604, 604 (332 SE2d 48) (1985). "Compliance with the discretionary appeals procedure is jurisdictional." *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129, 129 (497 SE2d 659) (1998) (citation and punctuation omitted). Hembree's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Cloud*, 321 Ga. App. at 218.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/30/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*